UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF NORTH CAROLINA
FAYETTEVILLE DIVISION

In re:  David Rollins SSN xxx-xx-1712                         Case No. 04-03699-8-RDD
       Hazel Lewis Rollins SSN xxx-xx-2416
       27181 Hoffman Road                                            Chapter 7
       Marston, NC 28363
       Debtors

## REPORT OF UNCLAIMED FUNDS

The undersigned Trustee respectfully reports and represents:

Pursuant to Rule 3011 of the Rules of Federal Procedure, below is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.

| Claim No. | Name and Last known address of Claimant | Amount of Dividend |
|---|---|---|
| 1 | TranSouth Financial Corp., P. O. Box 1472, Minneapolis, MN 55440 | 638.41 |
|   |   |   |

This the 20th day of April, 2011.

                                S/Michael P. Peavey
                                MICHAEL P. PEAVEY
                                Chapter 7 Trustee
                                State Bar No. 6330
                                Post Office Box 1115
                                Wilson, North Carolina 27894-1115
                                Telephone:  (252) 291-8020

CERTIFICATE OF SERVICE

I, Michael P. Peavey of Post Office Box 1115, Wilson, North Carolina 27894; certify

THAT I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

THAT on the 20th day of April, 2011, I served a copy of the attached Report of Unclaimed Funds on those listed below at their respective addresses as set forth below, by depositing copies of the said Report in an envelope with adequate postage thereon addressed as set forth below, in a depository of the United States Postal Service:

>   Marjorie K. Lynch
>   Bankruptcy Administrator
>   P.O. Box 3758
>   Wilson, NC 27894

I certify under penalty of perjury that the foregoing is true and correct.

>   S/Michael P. Peavey
>   MICHAEL P. PEAVEY
>   Chapter 7 Trustee
>   State Bar No. 6330
>   Post Office Box 1115
>   Wilson, North Carolina 27894-1115
>   Telephone: (252) 291-8020